| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (*If known*): _____  Chapter ____ |

FILED

*BB*

2018 AUG -6 PM 2:08

U.S. ...

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   Symplmed Pharmaceuticals, LLC

2. **All other names debtor used in the last 8 years**   Symplmed

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   37-1733497

4. **Debtor's address**

   **Principal place of business**

   5375 Medpace Way
   Number     Street

   Cincinnati   OH   45227
   City     State   ZIP Code

   Hamilton
   County

   **Mailing address, if different from principal place of business**

   _____ Number     Street

   _____ P.O. Box

   _____ City     State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____ Number     Street

   _____ City     State   ZIP Code

5. **Debtor's website** (URL)   NA

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Debtor _____     Case number *(if known)*_____
          Name

---

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **3 2 5 4**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY

      District _____ When _____ Case number _____
                                  MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                       MM / DD / YYYY

      Case number, if known _____

---

Debtor _____     Case number (if known)_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
          Number          Street

_____

_____
City                      State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name     _____

Phone            _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor _____   Case number (if known)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07/30/2018_
              MM / DD / YYYY

**✗** _[signature]_                          _Stephen P. Ewald_
Signature of authorized representative of debtor       Printed name

Title _Vice President and CEO_

**18. Signature of attorney**

**✗** _____   Date _____
Signature of attorney for debtor              MM  / DD / YYYY

Printed name _____

Firm name _____

Number     Street _____

City _____   State _____ ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                        (State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration___*Official Form 207*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/31/2018**          **X** _____*[signature]*_____
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        ____*Stephen P. Ewald*_____
                                        Printed name

                                        ____*Vice President & CEO*_____
                                        Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................................

   $ __NA__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................

   $ 250,746.20

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................

   $ 250,746.20

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.............................

   $ __NA__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

   $ 10,215.47

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................

   + $ 958,296.22

4. **Total liabilities**......................................................................................................................................
   Lines 2 + 3a + 3b

   $ 974,511.69

---

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): ___ __ __ __ __ __ __ __

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                          $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. PNC | Checking | 2 7 7 4 | $ 746.20 |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. NA _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**                                                                 $ 746.20

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                                        Current value of
                                                                                                        debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor _____       Case number (*if known*)_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____       $_____

   8.2._____       $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                              $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........➔       $_____
                                face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........➔       $_____
                                face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                            **Valuation method**       **Current value of debtor's**
                                                            **used for current value**  **interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                             $_____

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page **2**

Debtor _____     Case number (if known)_____
          Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                                                            $_____

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page 3

Debtor _____     Case number (if known)_____
       Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____   Case number (if known)_____
          Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____   $_____   _____   $_____

   47.2 _____   $_____   _____   $_____

   47.3 _____   $_____   _____   $_____

   47.4 _____   $_____   _____   $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____   $_____   _____   $_____

   48.2 _____   $_____   _____   $_____

49. **Aircraft and accessories**

   49.1 _____   $_____   _____   $_____

   49.2 _____   $_____   _____   $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____   $_____   _____   $_____

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor _____     Case number (if known)_____
              Name

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Close Loop System (CLS) | $_____ | _____ | $ Ø |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Ø

Debtor _____   Case number (if known)_____
                     Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_Erik Emerson, July 15, 2015, Promissory Note_    125,000.⁰⁰ − _____0_____ = ➔   $ 125,000.⁰⁰

Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim     _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim     _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

_Erik Emerson, May 2, 2016, Promissory Note_    $ 125,000.⁰⁰
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 250,000.⁰⁰

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor _____     Case number (if known)_____
       Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 746.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ NA | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ NA | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ NA | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ NA | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ NA | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ NA | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ NA | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................... → | | $ NA |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Ø | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 250,746.20 | + 91b. $ NA |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................................    $ 250,746.20

---

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

Debtor _____ Case number (if known)_____
         Name

| Part 1:   Additional Page | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._** **Creditor's name**                    **Describe debtor's property that is subject to a lien**

_____            _____ $_____    $_____

**Creditor's mailing address**               _____

_____            _____

_____            **Describe the lien**

                                             _____

**Creditor's email address, if known**       **Is the creditor an insider or related party?**
                                             ❏ No
_____            ❏ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
                                             ❏ No
**Last 4 digits of account**                 ❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**    __ __ __ __

**Do multiple creditors have an interest in the**   **As of the petition filing date, the claim is:**
**same property?**                                  Check all that apply.
❏ No                                                ❏ Contingent
❏ Yes. Have you already specified the relative      ❏ Unliquidated
      priority?                                     ❏ Disputed

   ❏ No. Specify each creditor, including this
        creditor, and its relative priority.

        _____
        _____
        _____

   ❏ Yes. The relative priority of creditors is
        specified on lines _____

---

**2._** **Creditor's name**                    **Describe debtor's property that is subject to a lien**

_____            _____ $_____    $_____

**Creditor's mailing address**               _____

_____            _____

_____            **Describe the lien**

                                             _____

**Creditor's email address, if known**       **Is the creditor an insider or related party?**
                                             ❏ No
_____            ❏ Yes

**Date debt was incurred** _____    **Is anyone else liable on this claim?**
                                             ❏ No
**Last 4 digits of account**                 ❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**    __ __ __ __

**Do multiple creditors have an interest in the**   **As of the petition filing date, the claim is:**
**same property?**                                  Check all that apply.
❏ No                                                ❏ Contingent
❏ Yes. Have you already specified the relative      ❏ Unliquidated
      priority?                                     ❏ Disputed

   ❏ No. Specify each creditor, including this
        creditor, and its relative priority.

        _____
        _____

   ❏ Yes. The relative priority of creditors is
        specified on lines _____

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page ___ of ___

Debtor _____     Case number (if known)_____
        Name

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D     Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

**Fill in this information to identify the case:**

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                    (State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
State of AL - Dept of Revenue
50 North Ripley Street,
Montgomery, AL 36132

Date or dates debt was incurred
1-1-16 → 12-31-16

Last 4 digits of account number  9 6 8 3

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 1108.43     $ 1108.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Bus. Privilege Tax

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
State of GA - Dept of Revenue
1800 Century Blvd NE
Atlanta, GA 30345

Date or dates debt was incurred
12-28-16

Last 4 digits of account number  0 8 - 0 7

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 645.17     $ 645.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Withholding Payroll Tax

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
State of OH - Div. of Real Estate ; Prof. Lic.
77 South High St., 20th Floor
Columbus, OH 43215-6133

Date or dates debt was incurred
6-30-17

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 750.00     $ 750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Licensing

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____   Case number (if known) _____
Name

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

State of OR - Dept of Consumer & Bus Ser
350 Winter St., NE, PO Box 14480
Salem, OR 97309-0405

$ 2512.00   $ 2512.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1-16-18

**Basis for the claim:**
Invoice

**Last 4 digits of account number** 0 0 3 6

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address

State of OR - Dept. of Revenue
955 Center St NE
Salem, OR 97301-2555

$ 639.87   $ 639.87

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6-12-18

**Basis for the claim:**
Invoice

**Last 4 digits of account number** 0 9 0 6

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address

Pioneer Credit Recovery, Inc.
26 Edward St.
Arcade, NY 14009

$ 11 500.00   $ 11 500.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1-4-18

**Basis for the claim:**
NY Workers Comp. Sect. 52(5) Violation

**Last 4 digits of account number** 4 3 2 4

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

$ _____   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

Debtor _____  Case number (if known)_____
          Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  |
|---|---|---|
| | | **Amount of claim** |

**3.1** Nonpriority creditor's name and mailing address

AFCO

310 Grant Street, Suite 1100
Pittsburgh, PA 15219

Date or dates debt was incurred    3-10-17

Last 4 digits of account number    4928

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Is the claim subject to offset?
☑ No
☐ Yes

$ 30,720.00

---

**3.2** Nonpriority creditor's name and mailing address

Almac Group Limited & Affiliates
Almac House
20 Seague Industrial Estate
Craigavon, BT63 5QD Northern Ireland

Date or dates debt was incurred    4-28-17

Last 4 digits of account number    MD01

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Is the claim subject to offset?
☑ No
☐ Yes

$ 171,134.75

---

**3.3** Nonpriority creditor's name and mailing address

American Express Bank, FSB
Merchant Financing
4315 South 2700 West
Salt Lake City, UT 84184

Date or dates debt was incurred    4-18-18

Last 4 digits of account number    3157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Is the claim subject to offset?
☑ No
☐ Yes

$ 75,628.00

---

**3.4** Nonpriority creditor's name and mailing address

Corporate Filings LLC

30 N. Gould St, STE 7001
Sheridan, WY 82801

Date or dates debt was incurred    7-21-17

Last 4 digits of account number    ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Is the claim subject to offset?
☑ No
☐ Yes

$ 49.00

---

**3.5** Nonpriority creditor's name and mailing address

CT Corporation

208 S. LaSalle St # 814
Chicago, IL 60604

Date or dates debt was incurred    4-1-18

Last 4 digits of account number    ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Is the claim subject to offset?
☑ No
☐ Yes

$ 186.04

---

**3.6** Nonpriority creditor's name and mailing address

GBT Partners LLC

230 West Street Suite 700
Columbus, OH 43215

Date or dates debt was incurred    9-6-17

Last 4 digits of account number    4071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,593.90

---

Debtor _____   Case number (if known)_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** | Nonpriority creditor's name and mailing address

GSI US, Inc.

7887 Washington Village Dr #300
Dayton, OH 45459

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Invoice

$ 55.00

Date or dates debt was incurred   6-1-17
Last 4 digits of account number   9 3 4 0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

H.D. Smith, LLC

3036 Fiat Ave
Springfield, IL 62703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 195,296.39

Date or dates debt was incurred   12-12-17
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

HelloWorld, Inc.

One ePrize Drive,
Pleasant Ridge, MI 48069

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 300,000.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

Iron Mountain

1000 Campus Drive
Collegeville, PA 19426

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 1,114.87

Date or dates debt was incurred   5-31-17
Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

Joseph, Mann 3 Creed

8948 Canyon Falls Blvd Suite 200
Twinsburg, OH 44087

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 8,000.00

Date or dates debt was incurred   7-13-17
Last 4 digits of account number   6 3 7 3

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____   Case number (if known)_____
           Name

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.12** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $ 71,302.73 |

King & Spalding LLP

17 00 Pennsylvania Ave, NW Suite 200
Washington, DC 20006-4707

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Invoice

Date or dates debt was incurred   5-31-18
Last 4 digits of account number   9002

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Keating Muething & Klekamp, PLL

One East Fourth St. Suite 1400
Cincinnati, OH 45202-3752

**As of the petition filing date, the claim is:** $ 2,816.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Date or dates debt was incurred   11-28-16
Last 4 digits of account number   ____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Leaders Media Group, LLC

1177 Avenue of the Americas, 5th Floor
New York, NY 10036

**As of the petition filing date, the claim is:** $ 3,799.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Date or dates debt was incurred   9-22-17
Last 4 digits of account number   ____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Levy Diamond Bello & Assoc., LLC

P.O. Box 352
Milford, CT 06460

**As of the petition filing date, the claim is:** $ 5,771.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Date or dates debt was incurred   8-30-17
Last 4 digits of account number   5428

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Medpace, Inc.

5375 Medpace Way
Cincinnati, OH 45227

**As of the petition filing date, the claim is:** $ 33,950.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

Date or dates debt was incurred   10-31-17
Last 4 digits of account number   ____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____    Case number (if known)_____
         Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**  **Nonpriority creditor's name and mailing address**

NCH Retailer Services

155 Pfingsten Rd Ste 200
Deerfield, IL 60015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Invoice

$ 1.22

Date or dates debt was incurred    9-9-17

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.18**  **Nonpriority creditor's name and mailing address**

Slovin & Associates

644 Linn Street, Suite 720
Cincinnati, OH 45203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 5,666.21

Date or dates debt was incurred    9-28-17

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    8 6 5 3

---

**3.19**  **Nonpriority creditor's name and mailing address**

Strategic Business Communications

1979 Marcus Ave, Suite 210
Lake Success, NY 11042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 3,495.00

Date or dates debt was incurred    11-21-16

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.20**  **Nonpriority creditor's name and mailing address**

Ulmer Attorneys

600 Vine Street, Suite 2800
Cincinnati, OH 45202,2409

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 10,000.00

Date or dates debt was incurred    8-2-17

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    1 5 2 3

---

**3.21**  **Nonpriority creditor's name and mailing address**

Xoma US LLC

2910 Seventh Street
Berkeley, CA 94710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Invoice

$ 24,713.39

Date or dates debt was incurred    12-19-17

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor _____     Case number (if known)_____
             Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.2. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.3. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.4. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

41. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.5. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.6. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.7. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.8. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.9. _____   Line _____
    _____   ❑ Not listed. Explain _____   __ __ __ __
                                        _____

4.10. _____   Line _____
     _____   ❑ Not listed. Explain _____   __ __ __ __
                                         _____

4.11. _____   Line _____
     _____   ❑ Not listed. Explain _____   __ __ __ __
                                         _____

Debtor _____ Case number (if known)_____
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  <br> ☐ Not listed. Explain _____ | — — — — |

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 8 of 9

Debtor _____  Case number (if known)_____

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.  **Total claims from Part 1**    5a.    $ 16,215.47

5b.  **Total claims from Part 2**    5b.  **+**  $ 958,296.22

5c.  **Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.    5c.    $ 974,511.69

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____   Case number (if known)_____
                   Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page 2 of 2

**Fill in this information to identify the case:**

Debtor name _____ ___ _ ___

United States Bankruptcy Court for the: _____ District of _____
                                                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____  Case number (*if known*)_____
      Name

<div style="background:black"></div>

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |
| 2.__ _____ | _____ Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | City　　　State　　　ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):   _____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ❑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From 01/01/2018 to Filing date MM/DD/YYYY | ❑ Operating a business ❑ Other _____ | $ ∅ |
   | **For prior year:** From 01/01/2017 to 12/31/2017 MM/DD/YYYY     MM/DD/YYYY | ☒ Operating a business ❑ Other _____ | $ 3,170,776.00 |
   | **For the year before that:** From 01/01/2016 to 12/31/2016 MM/DD/YYYY     MM/DD/YYYY | ☒ Operating a business ❑ Other _____ | $ 6,108,653.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ❑ None

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From 01/01/2018 to Filing date MM/DD/YYYY | NA | $ NA |
   | **For prior year:** From 01/01/2017 to 12/31/2017 MM/DD/YYYY     MM/DD/YYYY | NA | $ NA |
   | **For the year before that:** From 01/01/2016 to 12/31/2016 MM/DD/YYYY     MM/DD/YYYY | NA | $ NA |

Debtor _____   Case number (*if known*)_____
　　　　　Name

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| | _____ Street | _____ | | |
| | _____ City     State     ZIP Code | _____ | | |
| 3.2. | _____ Creditor's name | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| | _____ Street | _____ | | |
| | _____ City     State     ZIP Code | _____ | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Erik Emerson Insider's name | 6/12/17 9/29/17 | $ 9,209.98 | expense reimbursements |
| | 19366 Green Lakes Loop Street | | | |
| | Bend     OR     97702 City     State     ZIP Code | | | |
| | **Relationship to debtor** President/CEO | | | |
| 4.2. | _____ Insider's name | _____ | $_____ | _____ |
| | _____ Street | _____ | | |
| | _____ City     State     ZIP Code | _____ | | |
| | **Relationship to debtor** _____ | | | |

Official Form 207 　　　　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** 　　　　　page **2**

Debtor _____ Case number (*if known*)_____ ___ _____
　　　　Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　State　　ZIP Code | _____<br><br>_____<br><br>_____ | _____ | $_____ |
| 5.2. | | | |
| _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　State　　ZIP Code | _____<br><br>_____<br><br>_____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　State　　ZIP Code | _____<br><br>_____<br><br>Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

---

**Part 3:　Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Almac Pharma Services, LLC;<br>Almac Sciences, LLC vs.<br>Symplmed Pharmaceuticals, LLC<br><br>Case number<br><br>118CV00016UNA | Breach of contract | US District Court - District of DE<br>Name<br>844 North King St. Unit 16<br>Street<br><br>Wilmington DE 19801-3570<br>City　　State　　ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Case title<br>Vaya Pharma, Inc. vs.<br>Symplmed Technologies, Inc<br>Symplmed Pharmaceuticals, LLC,<br>Case number Erik Emerson & Marina Biotech, Inc.<br><br>655076/2017 | Breach of contract | Court or agency's name and address<br>Supreme Court: New York County<br>Name<br>100 Centre Street<br>Street<br><br>New York NY 10007<br>City　　State　　ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor _____   Case number (*if known*)_____
　　　　　Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $ _____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City       State       ZIP Code | | |
| | Date of order or assignment | City       State       ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $ _____ |
| Street | | | |
| City       State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | _____ | _____ | $ _____ |
| Street | | | |
| City       State       ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5:   Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | | _____ | $ _____ |

Debtor _____     Case number *(if known)*_____ _____
              Name

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____     _____     _____     $_____

**Address**                                                  _____

_____
Street

_____
City                State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____     _____     _____     $_____

**Address**                                                  _____

_____
Street

_____
City                State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor _____    Case number (*if known*)_____
     Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property —by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

**Address**

_____
Street

_____

_____
City    State    ZIP Code

**Relationship to debtor**

_____


**Who received transfer?**    _____    _____    $_____

13.2. _____    _____

**Address**

_____
Street

_____

_____
City    State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. 745 NW Mt. Washington Drive    From 03/01/2015 To 02/28/18
    Street
    Building #7, Suite 300
    Bend    OR    97701
    City    State    ZIP Code

14.2. _____    From _____ To _____
    Street

_____

_____
City    State    ZIP Code

Debtor _____   Case number *(if known)*_____
          Name

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____   _____   _____
      Facility name

_____   **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.   **How are records kept?**
Street

*Check all that apply:*

_____   _____   ☐ Electronically

City          State          ZIP Code   _____   ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. _____   _____   _____
      Facility name

_____   **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.   **How are records kept?**
Street

*Check all that apply:*

_____   _____   ☐ Electronically

City          State          ZIP Code   _____   ☐ Paper

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. _Creditcard & prescription information_

   Does the debtor have a privacy policy about that information?

   ☒ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

   Name of plan                                  Employer identification number of the plan

   _____   EIN: __ __ – __ __ __ __ __ __ __ __

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor _____     Case number (*if known*)_____
                    Name

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor _____     Case number (if known)_____
          Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor _____   Case number *(if known)*_____ __ __ _____
     Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 3:**  **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Symplmed Technologies, Inc.<br>*Name*<br>5375 Medpace Way<br>*Street*<br>Cincinnati   OH   45227<br>*City   State   ZIP Code* | Acts as the router for subscriptions & orders. Operates CLS patent & DyrctAxess™ technology platform allowing for online distribution of products. | EIN: 4 7 - 1 0 7 5 0 5 8<br>**Dates business existed**<br>From 7/15/2014 To present |
| 25.2. | Symplmed Consulting, Inc.<br>*Name*<br>5375 Medpace Way<br>*Street*<br>Cincinnati   OH   45227<br>*City   State   ZIP Code* | Provide pharmaceutical development and commercialization consulting, business strategy development consulting, human resources, accounting, facilities management & other consulting services to Symplmed Pharmaceuticals. | EIN: 3 8 - 3 9 1 0 0 5 6<br>**Dates business existed**<br>From 6/27/2013 To Present |
| 25.3. | *Name*<br>*Street*<br>*City   State   ZIP Code* | | EIN: __ __ - __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |

---

Debtor _____   Case number (*if known*)_____
           Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | GBQ Partners LLC | From 2016  To 2018 |
| | Name | |
| | 5086 Wooster Rd | |
| | Street | |
| | Cincinnati          OH      45226 | |
| | City                 State    ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | | From _____  To _____ |
| | Name | |
| | Street | |
| | City                 State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | GBQ Partners LLC | From 2016  To 2018 |
| | Name | |
| | 5086 Wooster Rd | |
| | Street | |
| | Cincinnati          OH      45226 | |
| | City                 State    ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____  To _____ |
| | Name | |
| | Street | |
| | City                 State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | GBQ Partners LLC | |
| | Name | |
| | 5086 Wooster Rd | |
| | Street | |
| | Cincinnati          OH      45226 | |
| | City                 State    ZIP Code | |

Debtor _____   Case number (*if known*)_____
                  Name

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | |
| | Street | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
Name _____
Street _____
_____
City          State          ZIP Code

**Name and address**

26d.2.
Name _____
Street _____
_____
City          State          ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.
Name _____
Street _____
_____
City          State          ZIP Code

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **12**

Debtor _____ Case number (*if known*)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
_____
City                                State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| August Troendle | 1492 Corona Ln, Vero Beach, FL 32963 | Chairman of the Board | 98.6 |
| Erik Emerson | 19306 Green Lakes Loop, Bend, OR 97702 | President, CEO | 0.35 |
| Stephen Ewald | 5639 Julmar Dr, Cincinnati, OH 45238 | Secretary, CLO | 0 |
| Jesse Geiger | 9 Rose Lane Farm, Loveland, OH 45150 | Treasurer, CFO | 0 |
| Biane Walter | 330 W. Spring St., Suite 400 Columbus, OH 43215 | Board member & investor | 0.35 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Erik Emerson<br>Name<br>19306 Green Lakes Loop<br>Street<br><br>Bend          OR    97702<br>City          State   ZIP Code<br>Relationship to debtor<br>President & CEO | $9,209.98 | 6/12/17<br><br>9/29/17 | expense reimbursement |

Debtor _____     Case number (*if known*)_____
                Name

| | |
|---|---|
| **Name and address of recipient** | |

**30.2**

Name _____

Street _____

_____

City                    State            ZIP Code

**Relationship to debtor** _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

**Name of the parent corporation**                              **Employer Identification number of the parent corporation**

_____          EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the pension fund**

_____          EIN: __ __ – __ __ __ __ __ __ __

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ̲0̲?̲ ̲/̲ ̲3̲ ̲/̲ ̲2̲3̲,̲ ̲8̲
                MM  / DD  / YYYY

**✗** _____          Printed name  _Steph.. R. Ew /ʎ_ _____
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor  _Vu Pris. Lut ɛ cce_ _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☐ Yes

<u>Symplmed Pharmaceuticals, LLC – Chapter 7 Mailing List</u>

AFCO

310 Grant Street, Suite 1600

Pittsburgh, PA 15219


State of Alabama

Department of Revenue

50 North Ripley Street

Montgomery, AL 36132


Almac Group Limited and its Affiliates

Almac House

20 Seagoe Industrial Estate

Craigavon, BT63 5QD, Northern Ireland


American Express Bank, FSB

Merchant Financing

4315 South 2700 West

Salt Lake City, UT 84184


Corporate Filings LLC

30 N Gould St

STE 7001

Sheridan, WY 82801


CT Corporation

208 S LaSalle St #814

Chicago, IL 60604

GBT Partners LLC

230 West Street

Suite 700

Columbus, OH 43215


State of Georgia

Department of Revenue

1800 Century Blvd NE

Atlanta, GA 30345


GS1 US, Inc.

7887 Washington Village Dr #300

Dayton, OH 45459


H.D. Smith, LLC

3036 Fiat Ave

Springfield, IL 62703


HelloWorld, Inc.

One ePrize Drive

Pleasant Ridge, MI 48069


Iron Mountain

1000 Campus Dr

Collegeville, PA 19426

Joseph, Mann & Creed

8948 Canyon Falls Blvd. Suite 200

Twinsburg, OH 44087


King & Spalding LLP

1700 Pennsylvania Ave., NW Suite 200

Washington, D.C. 20006-4707


Keating Muething & Klekamp, PLL

One East Fourth Street Suite 1400

Cincinnati, OH 45202-3752


Leaders Media Group, LLC

1177 Avenue of the Americas, 5th Floor

New York, NY 10036


Levy Diamond Bello & Associates, LLC

P.O. Box 352

Milford, CT 06460


Medpace, Inc.

5375 Medpace Way

Cincinnati, OH 45227


NCH Retailer Services

155 Pfingsten Rd Ste 200

Deerfield, IL 60015-0000

State of Ohio

Division of Real Estate & Professional Licensing

77 South High Street, 20th Floor

Columbus, OH 43215-6133


State of Oregon - Department of Consumer and Business Services

350 Winter St. NE

P.O. Box 14480

Salem, OR 97309-0405


State of Oregon

Department of Revenue

955 Center Street NE

Salem, OR 97301-2555


Pioneer Credit Recovery, Inc.

26 Edward Street

Arcade, NY 14009


Slovin & Associates

644 Linn Street, Suite 720

Cincinnati, OH 45203


Strategic Business Communications

1979 Marcus Avenue, Suite 210

Lake Success, NY 11042-1022

Ulmer Attorneys

600 Vine Street, Suite 2800

Cincinnati, OH 45202-2409


Xoma US LLC

2910 Seventh Street

Berkeley, CA 94710


I verify under penalty of perjury that the foregoing is true and correct. Executed on __7/3⊦/18__ .

x _____

Stephen P. Ewald

<u>Symplmed Pharmaceuticals, LLC – Responsible Person Identification</u>

Erik Emerson – President & Chief Executive Officer

I verify under penalty of perjury that the foregoing is true and correct. Executed on 7/3/1 ⅄    .

x _____

Stephen P. Ewald